UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2022 MAY -6  AM 9: 40

Lap-Sun Chan

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been
assigned)

-against-

Susan Ramdhaney, MD
Manhattan Gastroenterology
Luis Castelo
Manhattan Specialty Care

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☑ No

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?
Fair Debt Collections Practices Act

Medical Malpractice, Section 214

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ___Lap-Sun Chan_____ , is a citizen of the State of
(Plaintiff's name)

New York

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____Susan Ramdhaney, M.D._____, is a citizen of the State of
                        (Defendant's name)

New York
_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____Manhattan Specialty Care_____, is incorporated under the laws of

the State of _____New York_____

and has its principal place of business in the State of _____NY_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____NY_____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Lap-Sun | | Chan |
|---|---|---|
| First Name | Middle Initial | Last Name |

| PO Box 788442 | | |
|---|---|---|
| Street Address | | |

| Brooklyn | NY | 11238 |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

| Susan | Ramdhaney |
|---|---|
| First Name | Last Name |

MD, Medical Doctor

Current Job Title (or other identifying information)

983 Park Ave Suite 1D

Current Work Address (or other address where defendant may be served)

| NY | NY | 10028 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:

| Luis | Castelo |
|---|---|
| First Name | Last Name |

Manager, Call Center

Current Job Title (or other identifying information)

121 West 27th Street

Current Work Address (or other address where defendant may be served)

| New York | NY | 10001 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| Manhattan Specialty Care | |
|---|---|
| First Name | Last Name |

Current Job Title (or other identifying information)

983 Park Ave Suite 1D

Current Work Address (or other address where defendant may be served)

| New York | NY | 10028 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 4:

      First Name           Last Name

      Current Job Title (or other identifying information)

      Current Work Address (or other address where defendant may be served)

      County, City         State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, NY

Date(s) of occurrence: 5-1-2021 to 5-4-2022

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I went to see Susan Ramdhaney over a medical issue in May 7, 2021 to have blood drawn. She mistakenly ordered the wrong blood test. When I called for clarification, her staff repeatedly misinformed me, disrespected me, insulted me, and failed to return my phone calls. I yelled at them for this disrespect. They had the nerve to blame me for getting angry.

I reported their behavior to Susan Ramdhaney and several other doctors who own the office. I demanded they disciplinary action. They never followed up.

Over the next few months, a woman from Susan Ramdhaney's office has called me up asking for payment of unpaid medical bills. Do they honestly think I would ever pay them a single cent after what they did? I received one such call from a woman who I believe was "Laura" (I don't have records from that time). I informed her that if she wanted to get paid at all she'd, "better do her fucking job and handle my complaint. YOU GOT IT, B**CH?!" She said, "Okey dokey. I'll get on it." Yesterday on May 4, 2022, I received another call from a woman who I believe was named Laura. She had the nerve to ask me again for my unpaid medical bill--after she completely ignored my demand to punish those employees. I cursed her out at the top of my lungs.

I want to go on record that if I get one more call from Susan Ramdhaney and her mentally retarded staff (most of whom probably dropped out of elementary school), I will call the police. I'm not paying the fucking bill.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Susan Ramdhaney for lack of better phrasing didn't do shit. My medical condition persists because of her. How dare she ask for payment. She needs to be sent back to medical school.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am demanding $1,000,000 in damages.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5-5-2022 | |
| Dated | Plaintiff's Signature |
| Lap-Sun | Chan |
| First Name        Middle Initial | Last Name |
| PO Box 788442 | |
| Street Address | |
| Brooklyn        NY | 11238 |
| County, City        State | Zip Code |
| | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.