UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAP-SUN CHAN,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SUSAN RAMDHANEY, MD; MANHATTAN GASTROENTEROLOGY; LUIS CASTELO; MANHATTAN SPECIALTY CARE,<br><br>                    Defendants. | 22-CV-3708 (LTS)<br><br>ORDER DENYING IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   May 11, 2022
             New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge