UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lap-Sun Chan
_____

22 Civ. 3708 (LTS)

*(In the space above enter the full name(s) of the plaintiff(s).)*

Susan Ramdhaney MD
Manhattan Gastroenterology
Luis Castelo
Manhattan Specialty Care

**AMENDED
COMPLAINT**

Jury Trial:  ☐ Yes    ☑ No
*(check one)*

~~(In the space above enter the full name(s) of the defendant(s). If you~~
*cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

RECEIVED
JUL 08 2022
U.S.D.C.
W.P.

I.      **Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your
        identification number and the name and address of your current place of confinement. Do the same
        for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name   Lap-Sun Chan
               Street Address   4266 Saull Street
               County, City   Flushing
               State & Zip Code   NY   11355
               Telephone Number _____

B.      List all defendants. You should state the full name of the defendant, even if that defendant is a
        government agency, an organization, a corporation, or an individual. Include the address where
        each defendant may be served. Make sure that the defendant(s) listed below are identical to those
        contained in the above caption. Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                                    1

RECEIVED
JUL 08 2022
PRO SE OFFICE

Defendant No. 1    Name _Susan Ram Rhency MD_
Street Address _983 Park Avenue Suite 1D_
County, City _NY    NY_
State & Zip Code _10028_
Telephone Number _____

Defendant No. 2    Name _Luis Costelo_
Street Address _121 West 27 Street_
County, City _NY   NY   10001_
State & Zip Code _____
Telephone Number _____

Defendant No. 3    Name _Manhattan Specialty Care_
Street Address _983 Park Avenue, Suite 1D_
County, City _NY   NY   10028_
State & Zip Code _____
Telephone Number _____

Defendant No. 4    Name _Manhattan Gastroenterology_
Street Address _55 West 17 Street_
County, City _NY   NY   10011_
State & Zip Code _____
Telephone Number _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions             ☐ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Article 131-A, Definitions of Professional Misconduct Applicable to Physicians § 6530_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.    Statement of Claim:

State as briefly as possible the facts of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.    Do not cite any cases or statutes.    If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.    Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

C.    Facts:    _____ *Please see*
_____ *attached document* _____

| What happened to you? |

| Who did what? |

| Was anyone else involved? |

| Who else saw what happened? |

### IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____ *Damaged intestines.* _____

_____

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are

seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _5_ day of ___July___, 20_22_.

Signature of Plaintiff _____

Mailing Address  4266 Saull Street

Flushing NY 11355

Telephone Number _____

Fax Number *(if you have one)* _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Southern District Court:

This is an amended complaint. I went to see Susan Ramdhaney over a medical issue in May 7, 2021 to have blood drawn. She mistakenly ordered the wrong blood test. When I called for clarification, her staff repeatedly misinformed me, disrespected me, insulted me, and failed to return my phone calls. I yelled at them for this disrespect. They had the nerve to blame me for getting angry.

I reported their behavior to Susan Ramdhaney and several other doctors who own the office. I demanded they disciplinary action. They never followed up.

Over the next few months, a woman from Susan Ramdhaney's office has called me up asking for payment of unpaid medical bills. Do they honestly think I would ever pay them a single cent after what they did? I received one such call from a woman who I believe was "Laura" (I don't have records from that time). I informed her that if she wanted to get paid at all she'd, "better do her fucking job and handle my complaint. YOU GOT IT, B**CH?!" She said, "Okey dokey. I'll get on it." Yesterday on May 4, 2022, I received another call from a woman who I believe was named Laura. She had the nerve to ask me again for my unpaid medical bill--after she completely ignored my demand to punish those employees. I cursed her out at the top of my lungs.

I want to go on record that if I get one more call from Susan Ramdhaney and her mentally retarded staff (most of whom probably dropped out of elementary school), I will call the police. I'm not paying the fucking bill.

Furthermore, defendant Luis Castelo has some explaining to do. He was the man who answered my call when I demanded to speak to the doctor regarding why the blood test was wrong. He repeatedly stated he would call me back, and as I expected, he never did. I, the customer, actually had to call him back and ask him for an update. Unbelievable. When I demanded an explanation, he would always say, "I'm sorry, Mr. Chan, we had a lot of work Mr. Chan, we apologize for the inconvenience Mr. Chan." And yet, he kept fucking doing the same mistake over and over. I demanded Susan Ramdhaney discipline him, but I never received a response.

As such, I am suing Susan Ramdhaney for wasting my money and doing a terrible job as a doctor. I spent over $500 on doctor's visits to her incompetent office. It cost me a lot of time and money. I am very angry at this woman. I am suing Dr. Susan Ramdhaney for $1,000,000. I am filing this lawsuit pursuant to Article 131-A, Definitions of Professional Misconduct Applicable to Physicians, Physician's Assistants and Specialist's Assistants §6530.

Case 1:22-cv-03708-LTS    Document 5    Filed 07/08/22    Page 6 of 6

Lap-Sen Chau
4266 Saull St
Flushing NY 11355

NEW YORK NY 10

6 JUL 2022    PM 6

FOREVER / USA        FOREVER / USA



U.S. District Court
Southern District
300 Quarropas St
White Plains NY 10601



RECEIVED
JUL 08 2022
U.S.D.C.
W.P.



RECEIVED
JUL 08 2022
PRO SE OFFICE

10601-414000