UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAP-SUN CHAN,<br><br>                    Plaintiff,<br><br>-against-<br><br>SUSAN RAMDHANEY, MD;<br>MANHATTAN GASTROENTEROLOGY;<br>LUIS CASTELO; MANHATTAN<br>SPECIALITY CARE,<br><br>                    Defendants. | 22-CV-3708 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 1, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 1, 2022
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge